UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Keith Russell Judd

                    v.                        Civil No. 10-cv-403-JL

US Attorney General et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report

and Recommendation of Magistrate Judge Landya B. McCafferty dated December

9, 2010.

SO ORDERED.

January 7, 2011

                                        /s/ Joseph N. Laplante
                                        Joseph N. Laplante
                                        United States District Judge

cc:    Keith Russell Judd